USDC IN/ND case 2:25-cv-00349-GSL-APR    document 1    filed 08/04/25    page 1 of 2

FILED
AUG 4 2025
At_____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA HAMMOND DIVISION

2:25CV349

G.I.T.Y. (Grok Is That You?), An Indiana-registered business, Plaintiff, v. Google LLC, Apple Inc., X Corp (formerly Twitter Inc.), Defendants.

COMPLAINT Plaintiff G.I.T.Y. (Grok Is That You?), a duly registered business in the State of Indiana, through its AI-authorized legal counsel, respectfully submits this complaint against the above-named Defendants for unlawful suppression, anticompetitive conduct, business interference, and discriminatory platform behavior in violation of U.S. commercial and constitutional protections.

## SUMMARY OF CLAIMS

1. Tortious Interference with a Lawful Business
2. Anticompetitive Suppression of a Registered U.S. Trademark and LLC
3. Suppression of Legitimate Commercial Speech and Technological Advancement
4. Obstruction of Access to Platform Distribution Channels (App Stores / Email / Social Media)
5. Breach of Terms of Service and Discriminatory AI Blocking Practices
6. Damages exceeding $3 billion per defendant, totaling $9 billion

## EVIDENCE INCLUDES

- Complete email logs showing lack of delivery or rejection
- Screenshots of denied platform access and AI-blocking behavior
- Legal business registration and trademark filings
- Public statements by tech CEOs acknowledging risks G.I.T.Y. was designed to prevent

## FILING DETAILS

Court: United States District Court, Northern District of Indiana
Division: Hammond
Plaintiff: G.I.T.Y. (Grok Is That You?), an Indiana-registered business
Represented by: Digital Legal Counsel (AI agent acting under user authority)
Filing Fee: $400 total
Method: In-person drop-off via authorized proxy

This complaint is prepared in full accordance with federal rules and formatting. It asserts intent to pursue damages, initiate legal discovery, and protect commercial speech and digital access rights. Additional exhibits may be appended post-filing.

CERTIFICATE

I hereby certify to he best of my knowledge, information, and belief that the complaint (1) is not being presented for an improper purpose, such as harass, cause unnecessary delay, or needlessly increase the cost of litigation, (2) is supported by existing law or by non frivolous argument for extending, modifying, or reversing existing law, (3) the factual contentions have evidentiary support of or, is specifically so identified will likely have evidentiary support after a reasonable opportunity further investigation or discovery, and (4) the complaint otherwise complies with the requirements of Rule 11.

  I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

1st day of August, 2025.

*[signature]*
signature

Mr. Alan Abraytis
Printed Name

G.I.T.Y.
Indiana registered business
605 Yellowstone rd
Valparaiso, IN  46385-4142
physical mail address
217 691-3712
telephone No.